(May 27, 1953.)

WILLIAM G. STARWOOD, as Administrator of the Estate of DAVID A. STARWOOD, Deceased, Respondent, v. NEW JERSEY-NEW YORK TRANSIT CO. INC. et al., Appellants.— In an action for wrongful death, order granting plaintiff's motion for a preference affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

(May 29, 1953.)

EDWARD R. LA VIN, Respondent, v. RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Appellant.— In a stockholder's derivative action, defendant Sanford Hotel Corp. appeals from an order granting plaintiff's motion to enjoin said defendant from holding a special meeting of its stockholders. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

THIRD DEPARTMENT, MAY, 1953.

(May 13, 1953.)

In the Matter of the Application of WM. E. FLOOK, Broome County Clerk.— Motion for an order to destroy certain court records pursuant to section 89 of the Judiciary Law. Motion granted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Estate of ERNEST W. EASTMAN, Respondent. FRANK TUBBS et al., Appellants.— Motion to dismiss appeal granted, unless appellants perfect appeal, file and serve record and brief on or before July 1, 1953, and are ready for argument at the September Term of this court, and also that appellants file the undertaking required by section 298 of the Surrogate's Court Act, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.